John van Loben Sels, Esq. (SBN 201354)
jvanlobensels@fishiplaw.com
Jennifer Shih, Esq. (SBN 276225)
jshih@fishiplaw.com
Fish IP Law, LLP
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:  949-943-8358

*Attorneys for Plaintiff*, E.G. International

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G. INTERNATIONAL d/b/a/ ELITE GUITAR, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>SOUNDBRENNER LIMITED, SOUNDBRENNER GmbH, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-0074<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff E.G. International doing business as Elite Guitar ("Plaintiff" or "E.G.") alleges as follows:

## THE PARTIES

1. Plaintiff E.G. International doing business as Elite Guitar ("Elite Guitar") is a California corporation with its principal place of business at 700 N. Euclid Street, Fullerton, CA 92832.

2. Defendant Soundbrenner Limited has offices in 78-80 Bonham Strand, Sheung Wan, Hong Kong and Defendant Soundbrenner GmbH has offices in Chodowieckistraße 22, Berlin Germany (collectively "Defendants" or "Soundbrenner").

3. Upon information and belief Florian Simmendinger is the Chief Executive Officer and Co-founder at Soundbrenner.

## JURISDICTION AND VENUE

4. This is a civil action for infringement of patents arising under the laws of the United States relating to patents, 35 U.S.C. §1, *et seq.*, including without limitation, 35 U.S.C. §§271, 281. Plaintiff seeks a preliminary and permanent injunction and monetary damages for patent infringement.

5. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

6. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(c) and 1400(b) because a substantial part of the events giving rise to the claims occurred in this judicial district, including sales of Defendants' infringing devices.

7. On information and belief, Defendants are subject to the jurisdiction of this Court by reason of their acts of patent infringement which have been committed in this district, and by virtue of their regularly conducted and systematic business contacts in this State.

## ELITE GUITAR AND ITS PATENT

8. Plaintiff is the owner of all rights and title to United States Patent Number 9,548,044 ("the '044 Patent"), including without limitation the right to sue for past, present, and future damages.

9. The '044 Patent, which is entitled "Vibration-Sensing Music Instrument Mountable Device," was duly and legally issued by the United States Patent and Trademark Office on January 17, 2017. A true and correct copy of the '044 Patent is attached hereto as Exhibit A.

10. Independent claim1 of the '044 Patent recites:

> A music instrument mountable device, the music instrument mountable device comprising:
>
> a vibration sensing device configured to detect a note being played on a music instrument; and an attachment including:
> a magnet, wherein the magnet is:
>
> attached to the vibration sensing device; and
> configured to releasably secure the vibration sensing device to the music instrument; and
>
> a ferromagnetic attachment configured to releasably attach to the music instrument;
>
> wherein the magnet and the ferromagnetic attachment are configured to magnetically and releasably connect to one another to connect the vibration sensing mountable device to the music instrument.

11.     Plaintiff is a boutique manufacturer of unique and practical gear for the performing musician.

12.     Plaintiff received the Best in Show Award at the National Association of Music Merchants ("NAMM") tradeshow in 2018.

13.     The Cling On Tuner is a commercial embodiment of the '044 Patent. The Cling On Tuner is available for purchase at https://www.clingon.co/cling-on-tuner. A screenshot of this website including a photograph of the Cling On Tuner is shown below:



14.     The Cling On Tuner is equipped with a very small yet powerful magnet.  It will cling on directly to most metal tuning machines for a quick tuning.  The Cling On Tuner comes with a mini-magnetic base (which is smaller than a dime) that can be attached anywhere on the instrument, giving a user the freedom to place the tuner anywhere.

15.     The Cling On Tuner demonstrates the perfect balance between outstanding functionality and elegant design.

### SOUNDBRENNER'S ACCUSED PRODUCT

16.     Upon information and belief, Defendants' products include the "Soundbrenner Core: The 4-in-1 Smart Music Tool" ("Soundbrenner Core" or "Accused Product") which Defendants offer for sale at the following website: https://www.soundbrenner.com/core.php. A screenshot of this

website, which includes a photograph of the Soundbrenner Core, is shown below:



17. Upon information and belief, Defendants manufacture, advertise, offer, and sell the Soundbrenner Core within the United States.

18. Upon information and belief, Defendants have used the Soundbrenner Core within the United States, including for purposes of attending tradeshows in this district, specifically, the NAMM, and have used and demonstrated the Soundbrenner Core to customers and potential customers.

**INFRINGEMENT OF THE '044 PATENT**

19. The '044 Patent contains twenty claims directed towards a "music instrument mountable device" with "a vibration sensing device" and a magnet.

20. Figure 1 of the '044 Patent illustrates an example of a music instrument mountable tuner.

Fig. 1

21. The Soundbrenner Core infringes the '044 Patent because it includes all of the recited elements, including the structural and functional features, of at least one claim of the '044 Patent.

22. Indeed, Soundbrenner's own website admits that "the Core transforms into a magnetic contact tuner, giving you the highest level of accuracy. Tune your instrument of choice by attaching the Core either to our included tuner mount, or your instrument's tuning pegs."

23. Moreover, Soundbrenner's website specifically states that the Soundbrenner Core is "suitable for guitar, bass guitar and violin (ukulele through firmware update in 2020)."

**PRE-SUIT COMMUNICATIONS**

24. Prior to the filing of this Complaint, Plaintiff discovered that Defendants began fundraising for the Accused Products.

25. On or about July 12, 2018, Defendants placed an order of Plaintiff's Cling On Tuner. Plaintiff's Cling On Tuner was clearly marked with the '044 Patent.

26. Upon information and belief, on or about October 2018, Defendants began selling the Accused Products on Kickstarter.com, available at the following website: https://www.kickstarter.com/projects/352439100/soundbrenner-core-the-4-in-1-smart-music-tool.

27. Upon information and belief, on or about November 2018, Defendants began raising money for the Accused Products on Indiegogo, available at the following website: https://www.indiegogo.com/projects/soundbrenner-core-the-4-in-1-smart-music-tool#/.

28. On October 30, 2018, Plaintiff sent a letter to Defendants, placing them on notice of infringement of the '044 Patent. A true and correct copy of the letter is attached hereto as Exhibit B.

29. Plaintiff also contacted Defendants prior to the end of Defendants' Kickstarter campaign, urging Defendants to respond to the October 30, 2018 letter.

30. On or about January 2019, during the NAMM tradeshow held at the Anaheim Convention Center in Anaheim, CA, Florian Simmendinger, visited Plaintiff's booth. Mr. Simmendinger did not object when Mr. Chekardizhikov stated that Soundbrenner was aware of the '044 Patent since at least March of 2018.

31. Soundbrenner also had a booth at the January 2019 NAMM tradeshow. Soundbrenner displayed prototypes of the Soundbrenner Core in the booth.

32. Upon information and belief, Soundbrenner used and demonstrated the Soundbrenner Core at the January 2019 NAMM tradeshow in Anaheim, CA to customers, distributors, and prospective customers and distributors.

# COUNT 1
# INFRINGEMENT OF U.S. PATENT NO. 9,548,044

33. Plaintiff incorporates by reference all of the allegations in the paragraphs above as if fully set forth herein.

34. Upon information and belief, Defendants have been and are infringing the '044 Patent within this district and elsewhere in the United States by making, using, selling, distributing, and/or offering for sale the infringing products within the United States, and/or importing the infringing products into the United States.

35. Upon information and belief, Defendants' infringement is and has been willful because of their knowledge of the '044 Patent, both constructive and actual. .

36. Upon information and belief, Defendants intended their customers to infringe the '044 Patent by using Soundbrenner Core on and after October 30, 2018.

37. Plaintiff has been injured by Defendants' conduct, and will continue to be injured in an amount yet to be determined until an injunction issues. Unless enjoined, Defendants will continue to infringe the '044 Patent, and Plaintiff will suffer irreparable injury as a direct and proximate cause of Plaintiff's conduct.

# COUNT 2
# INDUCED INFRINGEMENT OF U.S. PATENT NO. 9,548,044

38. Plaintiff incorporates by reference all of the allegations in the paragraphs above as if fully set forth herein.

39. Defendants have indirectly infringed the '044 Patent by intentionally inducing others, including its customers and retailers, to use,

1  sell, or offer to sell products, including the Soundbrenner Core, within the scope of
2  one or more claims with knowledge that the induced acts constitute infringement
3  of the '044 Patent.
4      40.    Upon information and belief, example of Defendants' inducement of
5  retailers to use, sell, or offer to sell the Soundbrenner product are shown in at least
6  the following web pages:
7      https://www.amazon.com/Soundbrenner-musicians-Vibrating-metronome-instruments/dp/B07ZRK97BT/ref=sr_1_5?crid=1PXTWQG9QGZDF&keywords=soundbrenner+core&qid=1578426356&sprefix=soundbrenner%2Caps%2C303&sr=8-5;

https://www.sweetwater.com/store/detail/SBCoreSteel--soundbrenner-core-steel-musicians-smartwatch?&mrkgcl=28&mrkgadid=3344196826&product_id=SBCoreSteel&campaigntype=shopping&campaign=aaShopping%2520-%2520PreOrder%2520-%2520Keyboards%2520%26%2520Synthesizers&adgroup=Keyboards%2520%26%2520Synthesizers%2520-%2520Keyboard%2520Accessories&placement=google&creative=360738227900&device=c&matchtype=&network=g&gclid=EAIaIQobChMI8JHl1a335gIVVyCtBh0qRQOFEAkYASABEgJ1y_D_BwE&gclsrc=aw.ds

https://www.americanmusical.com/Item--i-SBR-SBCS01?src=Y0802G00SRCHCAPN&adpos=1o2&scid=scplpSBR+SBCS01&sc_intid=SBR+SBCS01&gclid=EAIaIQobChMI4b374K335gIVQx6tBh3r5QmlEAkYAiABEgKSXfD_BwE

41. Since at least October 30, 2018, Defendants have actually known about the '044 Patent and that the use, sale, or offer to sell the Soundbrenner Core constituted infringement of the '044 Patent.

42. Upon information and belief, Defendants induced their customers and retailers to infringe the '044 Patent through advertisements, marketing, and product videos.

43. The induced infringement of the '044 Patent continues to be willful and deliberate.

## COUNT 3
## CONTRIBUTORY INFRINGEMENT OF U.S. PATENT NO. 9,548,044

44. Plaintiff incorporates by reference all of the allegations in the paragraphs above as if fully set forth herein.

45. Defendants have indirectly infringed the '044 Patent by contributing to the direct infringement by others, including its customers, by making, using, selling, or offering to sell a material component of one or more claims, including the Soundbrenner Core, knowing that such component is especially made or especially adapted for use in the infringement of the '044 Patent and is not a staple article or commodity of commerce suitable for substantial non-infringing uses.

46. Since at least October 30, 2018, Defendants have actual knowledge of the '044 Patent.

47. The Soundbrenner Core uses the magnetic tuner mounted on a musical instrument such that it infringes the '044 Patent.

48. The Soundbrenner Core is not a staple article or commodity, it has only infringing uses.

49. Defendants have had actual notice of the '044 Patent since at least October 30, 2018 and have not ceased its infringing activities.

COMPLAINT FOR PATENT INFRINGEMENT

50. Plaintiff has been injured by Defendants' conduct, and will continue to be injured in an amount yet to be determined until an injunction issues.

51. Plaintiff will suffer irreparable injury as a direct and proximate cause of Defendants' conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

a) That Defendants infringed the '044 Patent;

b) Compensation for all damages caused by Defendants' infringement of the '044 Patent to be determined at trial;

c) A finding that this case is exceptional and award of reasonable attorneys' fees pursuant to 35 U.S.C. §285;

d) Granting Plaintiff pre-and post-judgment interest on its damages, together with all costs and expenses; and,

e) Awarding such other relief as this Court may deem just and proper

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Date: January 13, 2020            FISH IP LAW, LLP

                                  By: */s/ John van Loben Sels*
                                      John van Loben Sels
                                      *Attorneys for Plaintiff*

COMPLAINT FOR PATENT INFRINGEMENT