JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G. INTERNATIONAL d/b/a/ ELITE GUITAR, a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SOUNDBRENNER LIMITED, SOUNDBRENNER GmbH, and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 8:20-cv-00074 JLS (DFMx)<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL** |

1  The Court, having considered the JOINT STIPULATION OF
2  DISMISSAL filed by plaintiff E.G. International d/b/a Elite Guitar and
3  defendants Soundbrenner Limited and Soundbrenner GmbH (collectively,
4  the "Parties"), and for good cause having been shown, hereby:
5  ORDERS that:
6  1.  All claims and causes of action pending between the Parties in
7      this action are hereby dismissed with prejudice pursuant to Fed.
8      R. Civ. P. 41(a); and

10 2.  As between the parties, each party shall bear its own costs and
11     attorneys' fees.

13 Dated: 05/27/2020                JOSEPHINE L. STATON
14                                  U.S. DISTRICT COURT JUDGE